```
1   Keliang "Clay" Zhu (SBN 305509)
    czhu@dehengsv.com
2   Yi Yao (SBN 292563)
    yyao@dehengsv.com
3   DeHeng Law Offices, PC
4   7901 Stoneridge Drive, Suite 208
    Pleasanton, CA 94588
5   Tel: (925) 399 5856
    Fax: (925) 397 1976
6   Attorneys for Plaintiff
7   CAS INTERGLOBAL LLC
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAS INTERGLOBAL LLC, | CASE No. 3:18-cv-07263-CRB |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER |
| MASSIMO ZANETTI BEVERAGE USA, INC; and DOES 1 through 10, inclusive, | |
| Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41, Plaintiff CAS INTERGLOBAL LLC and Defendant MASSIMO ZANETTI BEVERAGE USA, INC ("the Parties") have filed a Joint Motion to Dismiss with Prejudice, and have requested that the Court dismiss all of Plaintiff's claims against Defendants with prejudice.

1

[~~Proposed~~] Order
CASE NO. 3:18-CV-07263-CRB

IT IS THEREFORE ORDERED that all of Plaintiff's claims against Defendant MASSIMO ZANETTI BEVERAGE USA, INC are hereby DISMISSED with prejudice.

IT IS SO ORDERED this 27th day of March, 2019

_____
UNITED STATES DISTRICT JUDGE